# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:13-cv-01328-SMS<br><br>**ORDER TO TRANSFER CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |

Plaintiff Sonya Washington, by her attorney Jeffrey R. Duarte, seeks judicial review of a final decision of the Commissioner of Social Security denying her applications for disability benefits under the Social Security Act. Under the venue statute governing this action, Plaintiff may obtain review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g).

According to the complaint, Plaintiff resides in Stockton, California, which is in San Joaquin County. That county is part of the Sacramento Division of the Eastern District. *See* Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. The Clerk of the Court shall assign a new case number; and

3. All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
501 I Street
Sacramento, California, 95814

IT IS SO ORDERED.

Dated:   **August 28, 2013**                **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE