1  ROCKWELL, KELLY & DUARTE, LLP
2  By: Jeffrey R. Duarte
   State Bar No 186190
3  P.O. Box 0142
   Modesto, CA  95353
4  Phone (209) 521-2552
   Fax: (209) 526-7898
5  Attorneys for Plaintiff

6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11  SONYA WASHINGTON,                 ) Case No.:   2:13-cv-01784-CMK
                                      )
12              Plaintiff,            ) STIPULATION AND ORDER
                                      ) TO EXTEND TIME
13         vs.                        )
                                      )
14  COMMISSIONER OF SOCIAL SECURITY,  )
                                      )
15              Defendant             )

16

17      IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

18  Court, to extend the time by 30 days, to May 25, 2014, for plaintiff to file and serve plaintiff's

19  Motion for Summary Judgment and/or Remand with the Court and on respondent.

20      The parties further stipulate that the Court's Scheduling Order shall be modified

21  accordingly

22  ///
23  ///
24  ///
25  ///

-2-

1  This is plaintiff's first request for an extension of time.  Due to the recent retirement of a
2  partner in our firm, plaintiff's attorney has acquired a heavy trial workload, Plaintiff's attorney
3  needs additional time to further review the file and prepare the motion.

4                                                   Respectfully submitted,

5  Dated:  April 17, 2014                By:  */s/ Jeffrey R. Duarte*
                                                      Jeffrey R. Duarte
6                                                   Attorney for Plaintiff

7  Dated:  April 17, 2014                Benjamin Wagner
                                                      United States Attorney
8
                                                      By: */s/ Paul Sachelari*
9                                                   (As authorized via email)
                                                      Paul Sachelari
10                                                 Special Assistant United States Attorney

11

12  **IT IS SO ORDERED.**

13

14  *Dated:  April 23, 2014*

15                                                                             _____
                                                                                     CRAIG M. KELLISON
                                                                                     UNITED STATES MAGISTRATE JUDGE