BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SONYA WASHINGTON, | Civil No. 2:13-cv-01784-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 45 days, to August 7, 2014, for Defendant to file either a Stipulation to Remand, or her Opposition to Plaintiff's Motion for Summary Judgment, according to the Court's Scheduling Order. This is Defendant's first request for an extension.  This extension is requested because the parties are engaged in extended settlement negotiations.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|    |    |    |
|----|----|----|
|    |    | Respectfully submitted, |
| Date: *June 24, 2014* |    | Frailing, Rockwell, Kelly & Duarte |
|    | By: | /s/ Jeffrey R. Duarte*<br>JEFFREY R. DUARTE<br>*By email authorization |
|    |    | Attorney for Plaintiff |
| Date: *June 24, 2014* |    | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX,<br>Social Security Administration |
|    | By: | */s/ Paul Sachelari*<br>PAUL SACHELARI<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

Dated:  June 26, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. Ext. 2:13-cv-01784-CMK                -2-