BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SONYA WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-01784-CMK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to reevaluate all of the medical evidence, including the new evidence, and reassess Plaintiff's residual functional capacity.  The ALJ will also reevaluate Plaintiff's mental impairments.  If necessary, the ALJ will obtain supplemental evidence from a vocational expert to determine whether there are jobs that Plaintiff could perform that exist in

Stip.Remand; 2:13-cv-01784-CMK                -1-

the national economy.  Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>August 14, 2014</u>              Rockwell, Kelly & Duarte LLP

                          By:   <u>/s/ Jeffrey R. Duarte*</u>
                                JEFFREY R. DUARTE
                                *By email authorization

                                Attorney for Plaintiff

Date: <u>August 14, 2014</u>              BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Regional Chief Counsel, Region IX,
                                Social Security Administration

                          By:   <u>/s/ Paul Sachelari</u>
                                PAUL SACHELARI
                                Special Assistant United States Attorney
                                Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  August 15, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip.Remand; 2:13-cv-01784-CMK              -2-